## RATLIFF v. STATE.
### No. 26271.

Court of Criminal Appeals of Texas.

Feb. 18, 1953.

## WILLIAMS v. STATE.
### No. 26270.

Court of Criminal Appeals of Texas.

Feb. 18, 1953.

---

No attorney on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

MORRISON, Judge.

The offense is driving while intoxicated; the punishment, a fine of $100.

The record is before us without a statement of facts or bills of exception.

All the proceedings appearing regular and nothing being presented for our review, the judgment of the trial court is affirmed.